FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZOE GETZELS and QUENTIN BODIGUEL,<br><br>            Plaintiffs,<br><br>v.<br><br>KIRBY AI, an individual; EVIE VAUGHAN, an individual; VAN VENTURE AI, LLC, a dissolved Washington Limited Liability Company; and KIRBY AI and EVIE VAUGHAN as members of VAN VENTURE AI, LLC,<br><br>            Defendants. | No. 2:24-CV-00161-MKD<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO DISMISS**<br><br>**ECF No. 8** |

    Before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6), ECF No. 8.

    In relevant part, Local Civil Rule (LCivR) 10(d) provides as follows:

> All pleadings must be prepared in the equivalent of either a proportionately spaced typeface of 14 points or more or a monospaced typeface of no more than 10.5 characters

ORDER - 1

per inch . . . .  Text and footnotes must be double spaced.:
-point font and contain double-spaced text and footnotes.

Defendants' Motion to Dismiss uses proportionately spaced typeface that is less than 14 points, and the Motion text appears less than double-spaced, in violation of LCivR 10(d).

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **STRIKES** Defendants' Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6), **ECF No. 8**.

2. Defendants may refile the motion in compliance with the Local Rules.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order and provide copies to counsel.

DATED June 13, 2024.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2